Edwin J. Richards (SBN 43855)
ed.richards@kutakrock.com
Antoinette P. Hewitt (SBN 181099)
antoinette.hewitt@kutakrock.com
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA  92614-8595
Telephone:   (949) 417-0999
Facsimile:    (949) 417-5394

Michael S. Degan, admitted *pro hac vice*
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
michael.degan@kutakrock.com

Attorneys for Defendant
JESSICA ANCONA, individually and in her
official capacity

**[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| GABRIELA LEOS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EL MONTE, a municipality; JESSICA ANCONA, both in her official capacity and as an individual; DOES 1 through 50<br><br>Defendants. | Case No. 2:23-cv-02427-KK-JPR<br><br>Assigned to District Judge: Hon. Kenly Kiya Kato Courtroom:  3<br><br>Assigned Discovery: Magistrate Judge: Hon. Jean P. Rosenbluth<br><br>**NOTICE OF SETTLEMENT**<br><br>Date Filed:  March 31, 2023 |

4901-9707-3930.1
35817.19

The parties hereby notify the Court  that they have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement.


Dated: December 27, 2024          KUTAK ROCK LLP


By:  /s/ *Antoinette P. Hewitt*
    Edwin J. Richards
    Antoinette P. Hewitt
    Michael S. Degan
    Attorneys for Defendant
    JESSICA ANCONA, individually and in
    her official capacity

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 2 -                    2:23-cv-02427-KK-JPR

NOTICE OF SETTLEMENT

4901-9707-3930.1
35817.19

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

**CERTIFICATE OF SERVICE**
*Gabriela Leos v. El Monte*
United States District Court – Central District
USDC Case No. 2:23-cv-02427-KK-JPR

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Irvine in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Suite 1500, 5 Park Plaza, Irvine, California  92614.

On **December 27, 2024,** I served on all interested parties as identified on the below service list the following document(s) described as:

**NOTICE OF SETTLEMENT**

☒      **(BY NOTICE OF ELECTRONIC FILING)**  Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

[X]      **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on **December 27, 2024**, at Irvine, California.

_____
Mary Clark

- 3 -                                   2:23-cv-02427-KK-JPR

NOTICE OF SETTLEMENT

4901-9707-3930.1
35817.19