# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **2:23-cv-02427-KK (JPRx)**                    Date: **December 26, 2024**

Title:  <u>**Gabriela Leos v. City of El Monte, et al.**</u>

==================================================================

**DOCKET ENTRY**

==================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| <u>Rachel Maurice</u> | <u>  r/s c/s. 4  </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
David G. Torres-Siegrist                                          Antoinette P. Hewitt
                                                                              Nancy Prapion Doumanian

**PROCEEDINGS: SETTLEMENT CONFERENCE**

      The matter was called and counsel stated their appearances on the record. David G. Torres-Siegrist, Esq., of Torres-Siegrist Law, APC, appeared on behalf of plaintiff, Gabriela Leos, who was also present.  Antoinette P. Hewitt, Esq., of Kutak Rock, LLP, appeared on behalf of defendant Jessica Ancona, who was also present. Nancy Prapion Doumanian, Esq., of Doumanian and Associates appeared on behalf of defendant City of El Monte.  Also present was the City of El Monte's representative, Rigoberto Gutierrez.

      After appearances were entered, the Court met collectively with counsel in chambers and subsequently conferred separately with each of them to discuss potential settlement terms.  The Court also met with Plaintiff and her counsel.  After significant discussions with the Court, the parties were able to reach agreement on settlement terms.  The terms and conditions of the settlement were set forth on the record by the Court and specifically confirmed and agreed to on the record by the parties and their counsel.

      The Court instructed counsel to file a notice of settlement by December 27, 2024, and Ms. Hewitt indicated that she would do so.