UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 23-2427-KK-JPRx** | | Date: | February 25, 2025 |
|---|---|---|---|---|

Title:    *Gabriela Leos v. City of El Monte, et al.*

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order VACATING the Court's Order Striking the Motion for Attorneys'
Fees**

In light of the Parties' consent to have Judge Bristow handle any Motion for Attorneys' Fees, the Court's Order striking Plaintiff's Motion for Attorneys' Fees, dkt. 156, is **VACATED**.